Bingham. No opinions. Motions granted. Orders filed.

PEOPLE, Respondent, v. FERRATO et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 26, 1910.) Proceeding by the People of the State of New York against Mosemiliano Ferrato, and Garguino Albrico. No opinion. Motion granted dismissing appeal.

PEOPLE, Respondent, v. PAUL SMITH'S ELECTRIC LIGHT & POWER & R. CO., Appellant (Actions 1 and 2). (Supreme Court, Appellate Division, Third Department. December 30, 1909.) Proceedings by the People of the State of New York against Paul Smith's Electric Light & Power & Railroad Company. No opinions. Orders affirmed, with $10 costs and disbursements.

PEOPLE, Respondent, v. PAUL SMITH'S ELECTRIC LIGHT & POWER & R. CO., Appellant (Actions 1, 2, and 3). (Supreme Court, Appellate Division, Third Department. December 30, 1909.) Proceedings by the People of the State of New York against Paul Smith's Electric Light & Power & Railroad Company.

PER CURIAM. Order denying motion to consolidate actions affirmed, with $10 costs and disbursements as of one appeal.

KELLOGG, J., dissents.

PEOPLE, Respondent, v. PERSCE, Appellant. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Proceeding by the People of the State of New York against Giuseppe Persce. J. Palmieri, for appellant. R. S. Johnstone, for respondent. No opinion. Judgment affirmed. Order filed. See, also, 119 N. Y. Supp. 1139.

PEOPLE, Respondent, v. RICE, Appellant. (Supreme Court, Appellate Division, Third Department. December 30, 1909.) Proceeding by the People of the State of New York against Roger Rice. No opinion. Judgment of conviction unanimously affirmed.

PEOPLE v. TATHAM. (Supreme Court, Appellate Division, First Department. January 28, 1910.) Proceeding by the People of the State of New York against Mollie Tatham. No opinion. Motion to dismiss appeal granted, unless appellant comply with conditions stated in order. Order filed.

PEOPLE, Respondent, v. THOM, Appellant. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Proceeding by the People of the State of New York against James Thom. E. A. Smith, for appellant. A. A. Mayper, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. THOMPSON et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 12, 1910.) Proceeding by the People of the State of New York against Philip Thompson and another. No opinion. Judgment and orders affirmed.

PEOPLE, Respondent, v. VIETERSON, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1909.) Proceeding by the People of the State of New York against Rebecca Vieterson. No opinion. Judgment of conviction of the Court of Special Sessions affirmed.

PEOPLE ex rel. JOLINE v. WILLCOX. (Supreme Court, Appellate Division, First Department. January 14, 1910.) Proceeding by the People of the State of New York, on the relation of Adrian H. Joline, against Wm. R. Willcox. With this case has been consolidated in this court cases bearing titles as follows: Jeannette H. Joseph v. Simon Herzig; In re Georgianna N. Amidon; William J. Schieffelin v. Geo. B. McClellan. No opinions. Motions granted. Questions certified. Orders filed. See, also, 117 N. Y. Supp. 1138; 120 N. Y. Supp. 34, 215.

PEOPLE ex rel. LINDEMANN, Appellant, v. BINGHAM, Police Com'r, Respondent. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Proceeding by the People of the State of New York, on the relation of Ernst Lindemann, against Theodore Bingham, as Police Commissioner, etc. No opinion. Motion to resettle order granted, without costs. See, also, 120 N. Y. Supp. 186.

PEOPLE ex rel. MacFAYDEN, Respondent, v. METZ, City Comptroller, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1909.) Proceeding by the People of the State of New York, on the relation of James MacFayden, against Herman A. Metz, as comptroller of the City of New York. No opinion. Order affirmed, with $10 costs and disbursements, upon the authority of People ex rel. Post v. Metz, as Comptroller (decided herewith) infra.

PEOPLE ex rel. NICHOLS v. BOARD OF TOWN AUDITORS OF TOWN OF HORICON, WARREN COUNTY, N. Y. (Supreme Court, Appellate Division, Third Department. December 30, 1909.) Proceeding by the People of the State of New York, on the relation of Ida F. Nichols, as executrix of the last will and testament of Seth H. Nichols, deceased, against the Board of Town Auditors of the Town of Horicon, Warren County, N. Y.

PER CURIAM. Determination of the defendant reversed on law and facts, with $50 costs and disbursements to the relator, and the matter remitted to the town board, with directions to audit and allow relator's claim at the amount which is properly due thereon.

SMITH, P. J., not voting. COCHRANE, J., dissents.

PEOPLE ex rel. POST, Respondent, v. METZ, City Comptroller, Appellant. (Supreme Court, Appellate Division, Second Department.